Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Vincent J. Smith,**
         **Sheila M. Smith**

Case No. ___05-29261___

_____,

Debtors

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 1,825,500.00 | | |
| B - Personal Property | Yes | 4 | 189,377.60 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,574,481.01 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 127,232.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 2,207,813.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 41,666.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 28,863.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 2,014,877.60 | | |
| Total Liabilities | | | | 6,909,527.31 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Vincent J. Smith,**
        **Sheila M. Smith**

Case No.    **05-29261**

Debtors

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 127,232.44 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 127,232.44 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6A
(10/05)

In re    **Vincent J. Smith,**                                                    Case No. _____
　　　　 **Sheila M. Smith**
_____ ,
Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **176 Maple Grove Road, Mohnton, PA  19540** | **Fee simple** | **J** | 1,700,500.00 | 4,455,811.94 |
| **2003 Resevoir Road, Reading, PA  19604** **Debtors' parents reside in this property.** | **Fee simple** | **W** | 125,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,825,500.00** | (Total of this page) |
| Total > | **1,825,500.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Vincent J. Smith,**
**Sheila M. Smith**

Case No. _____**05-29261**_____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cashier's check** | J | 18,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harleysville National Bank checking account #4806** | H | 1,000.00 |
| | | **Harleysville National Bank checking account #5084** | J | 1,000.00 |
| | | **Commerce Bank checking account #5755** | H | 0.00 |
| | | **Commerce Bank checking account #6662** | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Safe** | J | 1,000.00 |
| | | **4 VCRs , 2 large screen TVs, 3 medium TVs** | J | 3,100.00 |
| | | **4 sets of outdoor patio furniture** | J | 400.00 |
| | | **Dishwasher, freezer, stove top, double oven** | J | 1,800.00 |
| | | **Sub-zero refrigerator** | J | 2,400.00 |
| | | **Washer/dryer** | J | 360.00 |
| | | **crystal glassware** | J | 600.00 |
| | | **Stereo system** | J | 1,000.00 |
| | | **Piano** | J | 2,249.60 |
| | | **master bedroom furniture** | J | 3,400.00 |
| | | **miscellaneous household furniture excluding master bedroom furniture** | J | 7,000.00 |
| | | **draperies** | J | 200.00 |

Sub-Total >        44,009.60
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Vincent J. Smith,**
        **Sheila M. Smith**

Case No. ___**05-29261**___

Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CD and DVD collection, artwork and other pictures** | J | 12,000.00 |
| | | **antique statues** | J | 1,000.00 |
| | | **train and accessories** | J | 400.00 |
| | | **Christmas tree and decorations** | J | 5,200.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 2,000.00 |
| 7.  Furs and jewelry. | | **1 mink coat, 1 mink/beaver coat** | W | 3,500.00 |
| | | **2 wedding bands, 1 diamond engagement ring, 2 diamond necklaces, 1 string of pearls, 1 men's diamond ring, 1 sapphire bracelet, 1 anthracite ring, 1 blue sapphire necklace, ring, and earrings, 1 diamond angel pendant** | J | 15,018.00 |
| | | **2 Rolex watches** | J | 3,750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **2 motor scooters** | J | 2,500.00 |
| | | **recreational room games** | J | 800.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | | **Waddell  & Reed Account, Prime Capital Oppenheimer Fund** | J | 1,000.00 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Allied Financial Holdings, LLC 7,000,000 shares EW #20-1721338** | J | 0.00 |

Sub-Total >        47,168.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                  Best Case Bankruptcy

Form B6B
(10/05)

In re    **Vincent J. Smith,**                                                      Case No.    **05-29261**
      **Sheila M. Smith**

                          Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Harco National Insurance Company for dismantling Capital Bonding Corporation and violating a Forbearance Agreement. The book value of assets as of May 21, 2004 was $77,379,000.** | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                       Sub-Total >                    **0.00**
                                   (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Vincent J. Smith,**
     **Sheila M. Smith**

Case No. _____**05-29261**_____

_____,
Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Jaguar** | J | **20,395.00** |
| | | **2000 Lincoln Navigator** | J | **20,225.00** |
| | | **1 all wheel drive John Deere utility vehicle, 2 mowers, 1 John Deere tractor** | J | **15,000.00** |
| | | **Mobile home located at 104 Armstrong Court, Lot #8, Fleetwood, PA.  Debtor's father, Albert F. Walls, Jr., resides in this mobile home.** | J | **40,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 printers/fax and 4 computers** | J | **2,000.00** |
| | | **copy machine** | J | **180.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Snow blower** | J | **400.00** |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | **98,200.00** |
| Total > | **189,377.60** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6C
(10/05)

In re   **Vincent J. Smith,**
      **Sheila M. Smith**

Case No. ___**05-29261**___

              Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $125,000.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **176 Maple Grove Road, Mohnton, PA  19540** | 11 U.S.C. § 522(d)(1) | 0.00 | 1,700,500.00 |
| **Cash on Hand** | | | |
| **Cashier's check** | 11 U.S.C. § 522(d)(5) | 1,950.00 | 18,500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Harleysville National Bank checking account #4806** | 11 U.S.C. § 522(d)(5) | 0.00 | 1,000.00 |
| **Harleysville National Bank checking account #5084** | 11 U.S.C. § 522(d)(5) | 0.00 | 1,000.00 |
| **Commerce Bank checking account #5755** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Commerce Bank checking account #6662** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| **Safe** | 11 U.S.C. § 522(d)(3) | 0.00 | 1,000.00 |
| **4 VCRs , 2 large screen TVs, 3 medium TVs** | 11 U.S.C. § 522(d)(3) | 3,100.00 | 3,100.00 |
| **4 sets of outdoor patio furniture** | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |
| **Dishwasher, freezer, stove top, double oven** | 11 U.S.C. § 522(d)(3) | 1,800.00 | 1,800.00 |
| **Sub-zero refrigerator** | 11 U.S.C. § 522(d)(3) | 2,400.00 | 2,400.00 |
| **Washer/dryer** | 11 U.S.C. § 522(d)(3) | 360.00 | 360.00 |
| **crystal glassware** | 11 U.S.C. § 522(d)(3) | 0.00 | 600.00 |
| **Stereo system** | 11 U.S.C. § 522(d)(3) | 950.00 | 1,000.00 |
| **Piano** | 11 U.S.C. § 522(d)(3) | 950.00 | 2,249.60 |
| **master bedroom furniture** | 11 U.S.C. § 522(d)(3) | 950.00 | 3,400.00 |
| **miscellaneous household furniture excluding master bedroom furniture** | 11 U.S.C. § 522(d)(3) | 2,660.00 | 7,000.00 |
| **draperies** | 11 U.S.C. § 522(d)(3) | 0.00 | 200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CD and DVD collection, artwork and other pictures** | 11 U.S.C. § 522(d)(5) | 0.00 | 12,000.00 |
| **antique statues** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **train and accessories** | 11 U.S.C. § 522(d)(3) | 0.00 | 400.00 |

   _1_    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6C
(10/05)

In re    **Vincent J. Smith,**                                          Case No.   **05-29261**
         **Sheila M. Smith**
_____
                        Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Christmas tree and decorations** | **11 U.S.C. § 522(d)(3)** | **2,000.00** | **5,200.00** |
| **Wearing Apparel** <br> **Clothing** | **11 U.S.C. § 522(d)(3)** | **2,000.00** | **2,000.00** |
| **Furs and Jewelry** <br> **1 mink coat, 1 mink/beaver coat** | **11 U.S.C. § 522(d)(4)** | **0.00** | **3,500.00** |
| **2 wedding bands, 1 diamond engagement ring, 2 diamond necklaces, 1 string of pearls, 1 men's diamond ring, 1 sapphire bracelet, 1 anthracite ring, 1 blue sapphire necklace, ring, and earrings, 1 diamond angel pendant** | **11 U.S.C. § 522(d)(4)** | **0.00** | **15,018.00** |
| **2 Rolex watches** | **11 U.S.C. § 522(d)(4)** | **2,450.00** | **3,750.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **recreational room games** | **11 U.S.C. § 522(d)(5)** | **0.00** | **800.00** |
| **Annuities** <br> **Waddell  & Reed Account, Prime Capital Oppenheimer Fund** | **11 U.S.C. § 522(d)(5)** | **0.00** | **1,000.00** |
| **Stock and Interests in Businesses** <br> **Allied Financial Holdings, LLC** <br> **7,000,000 shares** <br> **EW #20-1721338** | **11 U.S.C. § 522(d)(5)** | **0.00** | **0.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> **Claims against Harco National Insurance Company for dismantling Capital Bonding Corporation and violating a Forbearance Agreement.  The book value of assets as of May 21, 2004 was $77,379,000.** | **11 U.S.C. § 522(d)(5)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2002 Jaguar** | **11 U.S.C. § 522(d)(2)** | **0.00** | **20,395.00** |
| **2000 Lincoln Navigator** | **11 U.S.C. § 522(d)(2)** | **5,068.00** | **20,225.00** |
| **1 all wheel drive John Deere utility vehicle, 2 mowers, 1 John Deere tractor** | **11 U.S.C. § 522(d)(2)** | **0.00** | **15,000.00** |
| **Mobile home located at 104 Armstrong Court, Lot #8, Fleetwood, PA.  Debtor's father, Albert F. Walls, Jr., resides in this mobile home.** | **11 U.S.C. § 522(d)(2)** | **0.00** | **40,000.00** |
| **Office Equipment, Furnishings and Supplies** <br> **3 printers/fax and 4 computers** | **11 U.S.C. § 522(d)(3)** | **950.00** | **2,000.00** |
| **copy machine** | **11 U.S.C. § 522(d)(3)** | **180.00** | **180.00** |
| **Other Personal Property of Any Kind Not Already Listed** <br> **Snow blower** | **11 U.S.C. § 522(d)(5)** | **400.00** | **400.00** |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6D
(10/05)

In re  **Vincent J. Smith,**
       **Sheila M. Smith**
                                     Debtors

Case No. _____**05-29261**_____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of America** <br>PO Box 30137 <br>Tampa, FL 33630 | | J | **2000 Lincoln Navigator** <br><br><br>Value $      **20,225.00** | | | | **15,157.00** | **0.00** |
| Account No. **1500** <br><br>**Chase Auto Finance** <br>PO Box 901032 <br>Fort Worth, TX 76101 | | H | **12/23/03** <br><br>**2004 Land Rover** <br><br>Value $      **29,900.00** | | | | **20,714.93** | **0.00** |
| Account No. <br><br>Representing: <br>**Chase Auto Finance** | | | **Chase Auto Finance Corp.** <br>c/o Mary Lautenbach <br>**National Bankruptcy Department** <br>**201 N. Central Ave., AZ1-1191** <br>**Phoenix, AZ 85004** <br><br>Value $ | | | | | |
| Account No. **1907** <br><br>**Chase Auto Financing** <br>POB 78067 <br>**Phoenix, AZ 85062-8067** | | J | **2004 Land Rover** <br><br><br>Value $      **29,900.00** | | | | **26,000.00** | **0.00** |

   <u> 1 </u>   continuation sheets attached

Subtotal
(Total of this page)

**61,871.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re    **Vincent J. Smith,**
      **Sheila M. Smith**

Case No.    **05-29261**

                           Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harco National Insurance Company** <br> **2850 West Gulf Road** <br> **Rolling Meadows, IL 60008** | | J | **2nd Mortgage** <br><br> **176 Maple Grove Road, Mohnton, PA 19540** <br><br> Value $       **1,700,500.00** | | | | 3,225,290.69 | 2,503,921.53 |
| Account No. <br><br> **Harleysville Nat'l Bank** <br> **483 Main Street** <br> **Harleysville, PA 19438** | | J | **176 Maple Grove Road, Mohnton, PA 19540** <br><br> Value $       **1,700,500.00** | | | | 251,390.41 | 251,390.41 |
| Account No. <br><br> **Jaguar Credit Corporation** <br> **POB 681811** <br> **Franklin, TN 37068-1811** | | J | **2002 Jaguar** <br><br> Value $       **20,395.00** | | | | 24,060.00 | 3,665.00 |
| Account No. 0139 <br><br> **Tammac Financial Corporation** <br> **POB 850** <br> **Wilkes Barre, PA 18703** | | J | **1st Mortgage** <br><br> **Mobile home located at 104 Armstrong Court, Lot #8, Fleetwood, PA. Debtor's father, Albert F. Walls, Jr., resides in this mobile home.** <br><br> Value $       **40,000.00** | | | | 32,737.14 | 0.00 |
| Account No. <br><br> **Wachovia Mortgage Corporation** <br> **POB 900001** <br> **Raleigh, NC 27675-9001** | | J | **1st Mortgage** <br><br> **176 Maple Grove Road, Mohnton, PA 19540** <br><br> Value $       **1,700,500.00** | | | | 979,130.84 | 0.00 |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 4,512,609.08 |
| Total <br> (Report on Summary of Schedules) | 4,574,481.01 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E
(10/05)

In re    **Vincent J. Smith,**
       **Sheila M. Smith,**

Case No. _____

_____,
                     Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
          **1**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E - Cont.
(10/05)

In re    **Vincent J. Smith,**
         **Sheila M. Smith**
                                                                          Case No. _____

_____,
                              Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5659**<br><br>**Internal Revenue Service**<br>**600 Arch Street, Room 5200**<br>**Philadelphia, PA 19106** | | J | **2003 delinquent taxes** | | | | **31,674.69** | **31,674.69** |
| Account No. **5659**<br><br>**Internal Revenue Service**<br>**600 Arch Street, Room 5200**<br>**Philadelphia, PA 19106** | | J | **2004 delinquent taxes, return filed on 1/3/06, no tax owed** | X | X | X | **34,319.75** | **34,319.75** |
| Account No. **5659**<br><br>**PA Department of Revenue**<br>**Bureau of Compliance**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | | H | **delinquent taxes** | | | | **61,238.00** | **61,238.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal<br>(Total of this page) | | **127,232.44** | **127,232.44** |
| | | | | | Total<br>(Report on Summary of Schedules) | | **127,232.44** | **127,232.44** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(10/05)

In re    **Vincent J. Smith,**                                                    Case No. _____
         **Sheila M. Smith**
         _____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aegis Security Insurance Company<br>2407 Park Drive<br>Suite 200<br>Harrisburg, PA 17110** | X | H | **$1 million note plus any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No.<br><br>**All Participating Reinsurers<br>Capital Bonding Bail Bond Program<br>c/o Guy Carpenter & Company LTD<br>33 Aldgate High Street<br>London EC3N 1AQ** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No.<br><br>**All Participating Reinsurers<br>Capital Bonding Bail Bond Program<br>c/o Guy Carpenter & Company Inc. of PA<br>Two Logan Square<br>Philadelphia, PA 19103** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No.<br><br>**All Participating Reinsurers<br>Capital Bonding Bail Bond Program<br>c/o Holborn Corporation<br>Wall Street Plaza, 88 Pine Street<br>New York, NY 10005** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |

_**13**_   continuation sheets attached                                 Subtotal
                                                                      (Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        S/N:35263-060105    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**
      **Sheila M. Smith,**

                   Debtors

Case No._____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **All Participating Reinsurers Capital Bonding Bail Bond Program c/o Maiden Lane Intermediaries, Inc. 600 West Germantown Pike, Ste. 270 Plymouth Meeting, PA 19462** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No. <br><br> **All Participating Reinsurers Capital Bonding Bail Bond Program c/o MRM Hancock, Ltd Worship Mews, 91a Worship Street London EC2A 2BW** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No. <br><br> **Allegheny Casualty Company International Fidelity Insurance Co One Newark Center, 20th Floor Newark, NJ 07102** | X | H | **any losses incurred under the personal guarantee on Capital Bonding's bail bond program** | X | X | X | Unknown |
| Account No. **9015** <br><br> **Apollo Pools, Inc. 3711 Perkiomen Avenue Reading, PA 19606** | | J | **charge** | | | | 326.00 |
| Account No. **8229** <br><br> **AT&T Universal Card POB 44167 Jacksonville, FL 32231-4167** | | J | **credit card** | | | | 7,461.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    7,787.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re     **Vincent J. Smith,**                                 Case No. _____
           **Sheila M. Smith**

                                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5397**<br><br>**Berks Plastic Surgery**<br>**50 Commerce Drive**<br>**Wyomissing, PA 19610** | | J | | medical services | | | | 256.00 |
| Account No.<br><br>**Better Deal Bail Bonds**<br>**1205 East Grand Street**<br>**Elizabeth, NJ 07201** | X | H | | business guaranty | X | X | X | 150,000.00 |
| Account No. **2540**<br><br>**Boscov's**<br>**POB 4116**<br>**Reading, PA 19606** | | J | | charge | | | | 1,766.00 |
| Account No. **2441**<br><br>**Capital One**<br>**POB 30285**<br>**Salt Lake City, UT 84130-0285** | | J | | credit card | | | | 3,035.00 |
| Account No.<br><br>**Carlino Development Group**<br>**825 Berkshire Boulevard**<br>**Suite 203**<br>**Wyomissing, PA 19610** | X | H | | personal guarantee re office space lease | X | X | X | **Unknown** |

Sheet no. __2__ of __13__ sheets attached to Schedule of                        Subtotal             | 155,057.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**    Case No. _____
**Sheila M. Smith,**

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4327** <br><br> **Casual Corner Group** <br> **POB 981064** <br> **El Paso, TX 79998-1064** | | J | | | charge | | | | 248.00 |
| Account No. <br><br> **Representing:** <br> **Casual Corner Group** | | | | | eCAST Settlement Corp. <br> P.O. Box 35480 <br> Newark, NJ 07193-5480 | | | | |
| Account No. <br><br> **Ciardi Maschmeyer & Karalis PC** <br> **1900 Spruce Street** <br> **Philadelphia, PA 19103** | X | H | | | legal services | X | X | X | 15,000.00 |
| Account No. **SMI 01** <br><br> **Ciatto Construction Co.** <br> **1325 Allegheny Avenue** <br> **Reading, PA 19601** | | J | | | | | | | 23,457.00 |
| Account No. <br><br> **Clover Farms** <br> **3300 Pottsville Pike** <br> **Reading, PA 19611** | X | J | | | personal guarantee re City-Mart Stores LLC | X | X | X | 3,075.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    41,780.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Vincent J. Smith,**
      **Sheila M. Smith**                                    Case No._____

_____,
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| Connecticut Indemnity Company 9 Farm Spring Road Farmington, CT | X | H | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | utility | | | | |
| D&W Telephone Service 85 Weidner Drive Morgantown, PA 19543 | | J | | | | | | | |
| | | | | | | | | | 243.00 |
| Account No. | | | | | personal guarantee re City-Mart Stores LLC | | | | |
| Diaz Food 5501 Fulton Industrial Boulevard SW Atlanta, GA 30336 | X | H | | | | X | X | X | |
| | | | | | | | | | 3,985.00 |
| Account No. | | | | | any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| Douglas / Frontier LLC Carlsbad Airport Plaza 5963 La Place Court Carlsbad, CA 92008 | X | H | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | medical services | | | | |
| Dr. Ellen Berman 321 Mallwyd Drove Merion Station, PA 19066 | | J | | | | | | | |
| | | | | | | | | | 3,700.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                    (Total of this page)    **7,928.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**                                          Case No. _____
         **Sheila M. Smith,**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. **8239** | | | | | credit card | | | | |
| eCAST Settlement Corp. assignee of GE/American Eagle P.O. Box 35480 Newark, NJ 07193-5480 | | W | | | | | | | 783.90 |
| Account No. **6027** | | | | | credit card | | | | |
| eCAST Settlement Corp. assignee of GE/GAP P.O. Box 35480 Newark, NJ 07193-5480 | | W | | | | | | | 820.96 |
| Account No. **5989** | | | | | prescription | | | | |
| Express Scripts POB 66580 Saint Louis, MO 63166-6580 | | J | | | | | | | 95.00 |
| Account No. **1592** | | | | | credit card | | | | |
| Fleet Bank / Bank of America POB 30137 Tampa, FL 33630-3137 | | J | | | | | | | 15,157.00 |
| Account No. | | | | | personal guarantee re City-Mart Stores LLC | | | | |
| Goya Foods 100 Seaview Drive Secaucus, NJ 07096-0592 | X | H | | | | X | X | X | 8,140.00 |

Sheet no.  **5**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **24,996.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re     **Vincent J. Smith,**                                                    Case No. _____
          **Sheila M. Smith**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | $2 million note plus any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| Harco National Insurance Company IAT Reinsurance Group Acceptance Indemnity Company 2850 West Gulf Road Rolling Meadows, IL 60008 | X | H | | X | X | X | Unknown |
| Account No. | | | any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| Highlands Ins Co in Receivership c/o Riker Danzig Headquarters Plaza One Speedwell Avenue Morristown, NJ 07962-1981 | X | H | | X | X | X | Unknown |
| Account No. | | | home computer repair | | | | |
| Interactive Management Services 110 Pennypacker Road Mohnton, PA 19540 | | J | | | | | 831.00 |
| Account No. 8766 | | | charge | | | | |
| JC Ehrlich Co. POB 13848 Reading, PA 19612-3848 | | J | | | | | 132.00 |
| Account No. | | | legal services | | | | |
| Jones Day Law Offices 555 California Street 26th Floor San Francisco, CA 94104 | X | H | | X | X | X | 36,670.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)        37,633.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**                                                      Case No.    **05-29261**
         **Sheila M. Smith**
                                                      ,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| **Legion Ins Co in Liquidation** **One Logan Square** **Suite 1400** **Philadelphia, PA 19103** | X | H | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | legal services | | | | |
| **Moscarino & Connolly LLP** **1100 Glendon Avenue** **14th Floor** **Los Angeles, CA 90024-3503** | X | H | | | X | X | X | |
| | | | | | | | | **5,000.00** |
| Account No. 0448 | | | | business guaranty | | | | |
| **NJ Dept Banking & Finance** **c/o OSI Collection Services, Inc.** **POB 3030** **Edison, NJ 08818-3030** | X | H | | | X | X | X | |
| | | | | | | | | **1,229,465.00** |
| Account No. | | | | $600,000 note plus any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| **Ohio Indemnity Company** **250 East Broad Street** **Tenth Floor** **Columbus, OH 43220** | X | H | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. 2737 | | | | charge | | | | |
| **Pacific Sun Wear** **POB 659705** **San Antonio, TX 78265-9705** | | J | | | | | | |
| | | | | | | | | **340.00** |

Sheet no. __7__ of __12__ sheets attached to Schedule of                    Subtotal                      **1,234,805.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    Vincent J. Smith,                                    Case No.    05-29261
         Sheila M. Smith

                                        Debtors
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 4848<br><br>Peter Blauner, VMD<br>POB 1970<br>Worcester, PA 19490 | | J | | veterinary services | | | | 343.00 |
| Account No. 0292<br><br>Pier 1 Imports<br>9111 Duke Boulevard<br>Mason, OH 45040 | | J | | charge | | | | 495.00 |
| Account No.<br><br>Reading Diagnostic Clinic<br>301 Seventh Avenue<br>Reading, PA 19611 | | J | | medical services | | | | 65.00 |
| Account No. 0222<br><br>Reading Hospital & Medical Center<br>P.O. Box 16051<br>Reading, PA 19612-6051 | | J | | medical services | | | | 411.00 |
| Account No. 0214<br><br>Reading Hospital & Medical Center<br>P.O. Box 16051<br>Reading, PA 19612-6051 | | J | | medical services | | | | 157.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                1,471.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**
　　　　**Sheila M. Smith**                                          Case No.　　**05-29261**

　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0151 <br><br> Reading Hospital & Medical Center <br> P.O. Box 16051 <br> Reading, PA 19612-6051 | | J | medical services | | | | 145.00 |
| Account No. <br><br> Reading Hospital & Medical Center <br> c/o Berks Credit & Collections <br> POB 329 <br> Temple, PA 19560 | | J | medical services | | | | 46.00 |
| Account No. 9657 <br><br> Royers Flowers, Inc. <br> POB 330 <br> Lebanon, PA 17042 | | J | charge | | | | 65.00 |
| Account No. <br><br> Samara Bail Bonds <br> 799 Main Street <br> Paterson, NJ 07503 | X | H | business guaranty | X | X | X | 310,000.00 |
| Account No. <br><br> Schuylkill Valley Pool Service <br> POB 275 <br> Stowe, PA 19464 | | J | charge | | | | 524.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　310,780.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**
      **Sheila M. Smith,**

                     Debtors

Case No. **05-29261**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7261** | | | charge | | | | |
| Sears POB 182149 Columbus, OH 43218-2149 | | J | | | | | 1,691.00 |
| Account No. | | | $1 million note plus any losses incurred under the personal guarantee on Capital Bonding's bail bond program | | | | |
| Sirius America Insurance Company 375 Park Avenue Suite 2107 New York, NY 10152 | X | H | | X | X | X | Unknown |
| Account No. | | | legal services | | | | |
| Stevens & Lee 111 North Sixth Street Reading, PA 19601 | X | H | | X | X | X | 30,000.00 |
| Account No. **0900** | | | utility | | | | |
| Suburban Energy Services 5365 Allentown Pike Temple, PA 19560 | | J | | | | | 11,752.00 |
| Account No. | | | personal guarantee re City-Mart Stores LLC | | | | |
| Sysco Food Services of Central PA 3905 Corey Road Harrisburg, PA 17105 | X | H | | X | X | X | 755.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     44,198.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Vincent J. Smith,**                                    Case No. ____**05-29261**____
      **Sheila M. Smith**
                                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8509** <br><br> **The Bon-Ton** <br> **POB 17272** <br> **Baltimore, MD 21297-1272** | | J | charge | | | | 828.00 |
| Account No. <br><br> **The Philadelphia Contributionship** <br> **c/o Kristin T. Mihelic, Esquir** <br> **1635 Market Street** <br> **Seven Penn Center - 7th Floor** <br> **Philadelphia, PA 19103-3913** | | J | | | | | 0.00 |
| Account No. **75.008** <br><br> **Tom Masano, Inc.** <br> **815 Lancaster Avenue** <br> **Reading, PA 19607** | | J | charge | | | | 4,194.00 |
| Account No. <br><br> **Representing:** <br> **Tom Masano, Inc.** | | | Eugene LaManna, Esquire <br> POB 8431 <br> Reading, PA 19603-8431 | | | | |
| Account No. <br><br> **Triangle Refrigeration Company** <br> **3200 Oregon Pike** <br> **Leola, PA 17540** | X | H | personal guarantee re City-Mart Stores LLC | X | X | X | 257,415.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

262,437.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Vincent J. Smith,**
       **Sheila M. Smith**

Case No. ____**05-29261**____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0001**<br><br>Verizon Wireless<br>POB 17464<br>Baltimore, MD 21297-1464 | | J | cellular telephone | | | | 248.00 |
| Account No. **1124**<br><br>Wachovia Visa<br>c/o Bankcard Services<br>POB 15026<br>Wilmington, DE 19886-5137 | | J | credit card | | | | 11,390.00 |
| Account No.<br><br>Wilentz Goldman & Spitzer<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095-0958 | X | H | legal services | X | X | X | 65,000.00 |
| Account No. **SMIT**<br><br>Yorgey's Drycleaners<br>1700 Fairview Street<br>Reading, PA 19606 | | J | charge | | | | 2,303.00 |
| Account No.<br><br> | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 78,941.00 |
| Total<br>(Report on Summary of Schedules) | 2,207,813.86 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy