Form B6G
(10/05)

In re    **Vincent J. Smith,**             Case No. _____
         **Sheila M. Smith**

                             Debtors           ,

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mercedes-Benz Credit**<br>**POB 685**<br>**Roanoke, TX 76262** | **auto lease for 2003 Mercedes-Benz** |

    <u> 0 </u>    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6H
(10/05)

In re    **Vincent J. Smith,**
         **Sheila M. Smith**                                              Case No. _____

_____,
                            Debtors
# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allied Financial Holdings, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Carlino Development Group**<br>**825 Berkshire Boulevard**<br>**Suite 203**<br>**Wyomissing, PA 19610** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Aegis Security Insurance Company**<br>**2407 Park Drive**<br>**Suite 200**<br>**Harrisburg, PA 17110** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **All Participating Reinsurers**<br>**Capital Bonding Bail Bond Program**<br>**c/o Guy Carpenter & Company LTD**<br>**33 Aldgate High Street**<br>**London EC3N 1AQ** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **All Participating Reinsurers**<br>**Capital Bonding Bail Bond Program**<br>**c/o Guy Carpenter & Company Inc. of PA**<br>**Two Logan Square**<br>**Philadelphia, PA 19103** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **All Participating Reinsurers**<br>**Capital Bonding Bail Bond Program**<br>**c/o Holborn Corporation**<br>**Wall Street Plaza, 88 Pine Street**<br>**New York, NY 10005** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **All Participating Reinsurers**<br>**Capital Bonding Bail Bond Program**<br>**c/o Maiden Lane Intermediaries, Inc.**<br>**600 West Germantown Pike, Ste. 270**<br>**Plymouth Meeting, PA 19462** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **All Participating Reinsurers**<br>**Capital Bonding Bail Bond Program**<br>**c/o MRM Hancock, Ltd**<br>**Worship Mews, 91a Worship Street**<br>**London EC2A 2BW** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Allegheny Casualty Company**<br>**International Fidelity Insurance Co**<br>**One Newark Center, 20th Floor**<br>**Newark, NJ 07102** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Better Deal Bail Bonds**<br>**1205 East Grand Street**<br>**Elizabeth, NJ 07201** |

   **2**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                                                                            Best Case Bankruptcy

In re    **Vincent J. Smith,**
      **Sheila M. Smith**

Case No. _____

Debtors

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Ciardi Maschmeyer & Karalis PC**<br>**1900 Spruce Street**<br>**Philadelphia, PA 19103** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Connecticut Indemnity Company**<br>**9 Farm Spring Road**<br>**Farmington, CT** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Douglas / Frontier LLC**<br>**Carlsbad Airport Plaza**<br>**5963 La Place Court**<br>**Carlsbad, CA 92008** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Harco National Insurance Company**<br>**IAT Reinsurance Group**<br>**Acceptance Indemnity Company**<br>**2850 West Gulf Road**<br>**Rolling Meadows, IL 60008** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Highlands Ins Co in Receivership**<br>**c/o Riker Danzig**<br>**Headquarters Plaza**<br>**One Speedwell Avenue**<br>**Morristown, NJ 07962-1981** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Jones Day Law Offices**<br>**555 California Street**<br>**26th Floor**<br>**San Francisco, CA 94104** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Legion Ins Co in Liquidation**<br>**One Logan Square**<br>**Suite 1400**<br>**Philadelphia, PA 19103** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **NJ Dept Banking & Finance**<br>**c/o OSI Collection Services, Inc.**<br>**POB 3030**<br>**Edison, NJ 08818-3030** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Ohio Indemnity Company**<br>**250 East Broad Street**<br>**Tenth Floor**<br>**Columbus, OH 43220** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Samara Bail Bonds**<br>**799 Main Street**<br>**Paterson, NJ 07503** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Sirius America Insurance Company**<br>**375 Park Avenue**<br>**Suite 2107**<br>**New York, NY 10152** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Vincent J. Smith,**
      **Sheila M. Smith**
                                Debtors

Case No. _____

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Stevens & Lee**<br>**111 North Sixth Street**<br>**Reading, PA 19601** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Wilentz Goldman & Spitzer**<br>**90 Woodbridge Center Drive**<br>**Suite 900, Box 10**<br>**Woodbridge, NJ 07095-0958** |
| **Capital Bonding Corporation**<br>**525 Penn Street**<br>**Reading, PA 19601** | **Moscarino & Connolly LLP**<br>**1100 Glendon Avenue**<br>**14th Floor**<br>**Los Angeles, CA 90024-3503** |
| **City-Mart Stores, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Clover Farms**<br>**3300 Pottsville Pike**<br>**Reading, PA 19611** |
| **City-Mart Stores, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Diaz Food**<br>**5501 Fulton Industrial Boulevard SW**<br>**Atlanta, GA 30336** |
| **City-Mart Stores, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Goya Foods**<br>**100 Seaview Drive**<br>**Secaucus, NJ 07096-0592** |
| **City-Mart Stores, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Sysco Food Services of Central PA**<br>**3905 Corey Road**<br>**Harrisburg, PA 17105** |
| **City-Mart Stores, LLC**<br>**1200 Broadcasting Road**<br>**Suite 102**<br>**Wyomissing, PA 19610** | **Triangle Refrigeration Company**<br>**3200 Oregon Pike**<br>**Leola, PA 17540** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(10/05)

In re    **Vincent J. Smith**
　　　　**Sheila M. Smith**　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:　**Daughter** | AGE:　**14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Housewife** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | 41,666.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 41,666.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 41,666.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 41,666.00 | $ | 0.00 |

16. TOTAL COMBINED MONTHLY INCOME:    $ _____ 41,666.00 _____    (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re **Vincent J. Smith**
**Sheila M. Smith**                                    Case No.    **05-29261**
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 8,047.00 |
|    a. Are real estate taxes included?  Yes **X**  No ___ | | |
|    b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 500.00 |
|             b. Water and sewer | $ | 60.00 |
|             c. Telephone | $ | 250.00 |
|             d. Other  **Cable television** | $ | 90.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 350.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 200.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 750.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)  **estimated income taxes ($41,666 x .25)** | $ | 10,416.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|             a. Auto | $ | 2,000.00 |
|             b. Other  **Harleysville - mortgage residence** | $ | 2,000.00 |
|             c. Other | $ | 0.00 |
|             d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **education expense for minor child** | $ | 1,700.00 |
|     Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 28,863.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Total monthly income from Line 16 of Schedule I | $ | 41,666.00 |
| b.   Total monthly expenses from Line 18 above | $ | 28,863.00 |
| c.   Monthly net income (a. minus b.) | $ | 12,803.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Vincent J. Smith**
　　　　**Sheila M. Smith**
　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___33___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date ___1/6/05___　　　　Signature _____
　　　　　　　　　　　　　　　　　　Vincent J. Smith
　　　　　　　　　　　　　　　　　　Debtor

Date ___1-6-05___　　　　Signature _____
　　　　　　　　　　　　　　　　　　Sheila M. Smith
　　　　　　　　　　　　　　　　　　Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Vincent J. Smith**
       **Sheila M. Smith**

                              Debtor(s)

Case No. _____

Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$500,000.00** | **2005 employment with Allied Financial Holdings, LLC** |
| **$179,540.00** | **2004 employment with Capital Bonding Corporation** |
| **$1,117,052.00** | **2003 employment with Capital Bonding Corporation** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| American Express PO Box 7825 Fort Lauderdale, FL 33329 | 9/7/05, 9/14/05, 11/1/05 | $12,110.43 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Tiffany Smith 307 Peters Way Wyomissing, PA 19610    Daughter | 9/3/05 | $1,000.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| IAT Reinsurance Company, Ltd., et al. v. Vincent J. Smith, et al. No. 04-CVS-14134 | Confession of judgment | General Court of Justice, Superior Court Division, Wake County, North Carolina | pending |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| IAT Reinsurance Company, Ltd., et al. v. Vincent J. Smith, et al. No. 05-02699 | Confession of judgment | Court of Common Pleas, Montgomery County, Pennsylvania | pending |
| Sirius America Insurance Company v. Vincent J. Smith No. 04-16324 | note | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Harco National Insurance Company, et al. v. Vincent J. Smith, et al. No. 05-12094 | mortgage foreclosure | Court of Common Pleas, Berks County, Pennsylvania | pending |
| IAT Reinsurance Company, Ltd., et al. v. Vincent J. Smith, et al. No. 05-13248 | foreign judgment | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Vincent J. Smith, et al. v. Harco National Insurance Company, et al. v. Sheila Smith, et al. No. 05-0579 | contract action | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Aegis Security Insurance Company v. Vincent J. Smith and Sheila Smith No. 04-11064 | confession of judgment | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Aegis Security Insurance Company v. Vincent J. Smith and Sheila Smith No. 04-11065 | confession of judgment | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Aegis Security Insurance Company v. Vincent J. Smith No. 04-11063 | confession of judgment | Court of Common Pleas, Berks County, Pennsylvania | pending |
| Harco National Insurance Company, et al. v. Vincent J. Smith, et al. No. 04-16273 | confession of judgment | Court of Common Pleas, Berks County, Pennsylvania | pending |
| IAT Reinsurance Company, Ltd. v. Vincent J. Smith, et al. No. 2005-NT-0821 | | Court of Common Pleas, Dauphin County, Pennsylvania | pending |
| Masano v. Smith, et al. No. CV-411-05 | | DJ Stuart Kennedy, District Court 23-2-01, 441 Morgantown Road, Reading, PA 19611 | Judgment obtained 11/23/05 |
| Capital Bonding Corporation and Vincent J. Smith v. Commissioner of the Department of Banking and Insurance No. A-001903-04T3 | Appeal | Superior Court of New Jersey | pending |
| Jose A. Mendoza, et al. v. Capital Bonding Corporation, et al. No. CV05-3890 JFW (JWJx) | Fair Labor Standards Act | United States District Court for the Central District of California | pending |

4

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harco National Insurance Company**<br>**2850 West Gulf Road**<br>**Rolling Meadows, IL 60008** | **2005** | **Commerce Bank Accounts**<br>**$5,000** |
| **Harco National Insurance Company**<br>**2850 West Gulf Road**<br>**Rolling Meadows, IL 60008** | **2004** | **Capital Bonding Corporation**<br>**Assets worth $77,379,000 as of May 21, 2004** |

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harco National Insurance Company**<br>**2850 West Gulf Road**<br>**Rolling Meadows, IL 60008** | **2005** | **525 Penn Street, Reading, PA**<br>**$500,000** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Vincent M. Smith** | **father** | **September 2005** | **1999 Lincoln Navigator**<br>**$10,950** |

5

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dexter K. Case, Esquire** <br> **Case, DiGiamberardino & Lutz, P.C.** <br> **845 North Park Road, Suite 101** <br> **Wyomissing, PA 19610** | **2005** | **$25,000.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Harco National Insurance Company** <br> **2850 West Gulf Road** <br> **Rolling Meadows, IL 60008** <br>   **creditor** | **2004** | **Capital Bonding Corporation assets worth $77,379,000** |
| **City Mart Stores LLC** <br> **1200 Broadcasting Road** <br> **Suite 102** <br> **Wyomissing, PA 19610** | **March 2005** | **$100,000** |
| **Allied Financial Holdings, LLC** <br> **1200 Broadcasting Road** <br> **Suite 102** <br> **Wyomissing, PA 19610** | **March 2005** | **$100,000** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wachovia Securities**<br>**PO Box 4284**<br>**Glen Allen, VA 23058** | **Stock account #6718** | **$9,117.71**<br>**2005** |
| **Wachovia Securities**<br>**PO Box 4284**<br>**Glen Allen, VA 23058** | **Stock account #6716** | **$9,394.10**<br>**2005** |
| **Prime Capital Services, Inc.** | **Stock account #2327** | **$5,500**<br>**2005** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Tiffany Smith**<br>**307 Peters Way**<br>**Wyomissing, PA 19610** | **Wachovia Securities Custodial account**<br>**$2,641** | |
| **Kaley Smith**<br>**176 Maple Grove Road**<br>**Mohnton, PA 19540** | **Wachovia Securities Custodial Account**<br>**$1,975** | |
| **Angela Smith**<br>**176 Maple Grove Road**<br>**Mohnton, PA 19540** | **Waddell & Reed Custodial Account**<br>**$1,386** | |
| **Tiffany Smith**<br>**307 Peters Way**<br>**Wyomissing, PA 19610** | **Waddell & Reed Custodial Account**<br>**$1,062** | |

7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Tiffany Smith**<br>**307 Peters Way**<br>**Wyomissing, PA 19610** | **2004 Land Rover Discovery** | |
| **Angela Smith**<br>**176 Maple Grove Road**<br>**Mohnton, PA 19540** | **2004 Land Rover Discovery** | |
| **Allied Financial Holdings, LLC**<br>**1200 Broadcasting Road**<br>**Wyomissing, PA 19610** | **Chevy Tahoe** | |

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Capital Bonding Corporation** | | **525 Penn Street Reading, PA 19601** | **Bail bonds** | **1997-2004** |
| **Capital Financial Group, Inc.** | | **525 Penn Street Reading, PA 19601** | **Holding company** | **2000-2004** |
| **Allied Financial Holdings, LLC** | | **1200 Broadcasting Road, Suite 102 Wyomissing, PA 19610** | **Holding company** | **2005 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BDO Seidman, LLP 1700 Market Street Philadelphia, PA 19103** | **2002-2003** |
| **William Maslo, CPA 514 Franklin Street Reading, PA 19602** | **2004** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **BDO Seidman, LLP** | **1700 Market Street**<br>**Philadelphia, PA 19103** | **2002 - 2003** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **William Maslo, CPA** | **514 Franklin Street**<br>**Reading, PA 19602** |
| **Harco National Insurance Company**<br>**holds records for Capital Bonding Corporation and Capital**<br>**Financial Group, Inc.** | **525 Penn Street**<br>**Reading, PA 19601** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Harleysville Nat'l Bank**<br>**PO Box 195**<br>**Harleysville, PA 19438** | **March 2005** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|---------------------|-------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|----------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

10

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___1 | 6 | 05___          Signature _____
                                        Vincent J. Smith
                                        Debtor

Date ___1/6/05___          Signature _____
                                        Sheila M. Smith
                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Vincent J. Smith**
**Sheila M. Smith**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
        **All services required to be performed in this case will be performed by counsel at counsel's regular hourly rates plus any direct expenses incurred. Counsel may file one or more fee applications with the bankruptcy court at appropriate intervals and the debtor shall be responsible for the payment of such fees and expenses as are approved by the court in accordance with the debtor's plan or as otherwise agreed.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **see paragraph 5(e) above**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____ 1/6/06 _____

_____
**Dexter K. Case 52815**
**Case, DiGiamberardino & Lutz, P.C**
**845 Park Road**
**Suite 101**
**Wyomissing, PA 19610**
**610-372-9900   Fax: 610-372-5469**

---

Form B22B (Chapter 11) (10/05)

In re   **Vincent J. Smith**
     **Sheila M. Smith**
                 Debtor(s)

Case Number: _____
              (If known)

# STATEMENT OF CURRENT MONTHLY INCOME
## FOR USE IN CHAPTER 11

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|
| **1**   **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ **Married, not filing jointly. Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** <br> All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's Income** | **Column B** <br> **Spouse's Income** |
| **2**   **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 34,916.00 | $ 0.00 |
| **3**   **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference on Line 3.  Do not enter a number less than zero. <br> a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00 <br> b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00 <br> c. Business income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| **4**   **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference on Line 4.  Do not enter a number less than zero. <br> a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00 <br> b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 0.00 <br> c. Rental income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| **5**   **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| **6**   **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| **7**   **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.**  Do not include contributions from the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| **8**   **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br> Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 / Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| **9**   **Income from all other sources.**  If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. <br> a. — Debtor $ / Spouse $ <br> b. — Debtor $ / Spouse $ <br> Total and enter on Line 9 | $ 0.00 | $ 0.00 |
| **10**   **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ 34,916.00 | $ 0.00 |
| **11**   **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $ 34,916.00 |

**Form B22B (Chapter 11) (10/05)**

| | Part II. VERIFICATION |
|---|---|

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: 1/6/05            Signature: _____
                                              **Vincent J. Smith**
                                                    (Debtor)

Date: 1/6/05            Signature _____
                                              **Sheila M. Smith**
                                              (Joint Debtor, if any)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Vincent J. Smith**
       **Sheila M. Smith**

                                         Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   1/6/05

                                 **Vincent J. Smith**
                                 Signature of Debtor

Date:   1/6/05

                                 **Sheila M. Smith**
                                 Signature of Debtor